UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| T.P., an individual,<br><br>       Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.; BEST WESTERN INTERNATIONAL, INC.; and WYNDHAM HOTELS & RESORTS, INC.,<br><br>       Defendants.<br><br>BEST WESTERN INTERNATIONAL, INC.,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>COLUMBUS HOTEL INC. d/b/a BEST WESTERN NORTH and 888 DUBLIN INVESTMENT LLC f/k/a NEUMAN INVESTMENT LLC d/b/a BEST WESTERN NORTH,<br><br>       Third-Party Defendants. | CIVIL ACTION NO. 2:21-cv-4933<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

**JOINT NOTICE OF STIPULATED DISMISSAL AS TO THIRD-PARTY DEFENDANTS COLUMBUS HOTEL INC. d/b/a BEST WESTERN NORTH AND 888 DUBLIN INVESTMENT LLC f/k/a NEUMAN INVESTMENT LLC d/b/a BEST WESTERN NORTH**

Come now the parties, by and through counsel, and jointly stipulate to dismissal with prejudice of all claims of Third-Party Plaintiff Best Western International, Inc. against Third-Party Defendant Columbus Hotel Inc. d/b/a/ Best Western North pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A)(i), Third-Party Plaintiff Best Western International, Inc. hereby dismisses all claims against Third-Party Defendant 888 Dublin

Investment LLC f/k/a Neuman Investment LLC d/b/a Best Western North. Each party hereby stipulates and agrees that each party will bear its own costs.

Respectfully submitted,

*/s/ Judd Uhl*
Judd Uhl (0071370)
LEWIS BRISBOIS BISGAARD & SMITH LLP
250 East 5th Street, Suite 2000
Cincinnati, Ohio 045202
Telephone: 513.808.9913
Facsimile: 513.808.9912
Judd.Uhl@lewisbrisbois.com
*Attorneys for Defendant/Third-Party Plaintiff*
*Best Western International, Inc.*

*/s/ Karen L. Campbell*
Karen L. Campbell (Admitted *Pro Hac Vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399
Karen.Campbell@lewisbrisbois.com
*Attorneys for Defendant/Third-Party Plaintiff Best*
*Western International, Inc.*

*/s/ Corey L. Shulman*
Corey L. Shulman (Admitted *Pro Hac Vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399
Corey.Shulman@lewisbrisbois.com
*Attorneys for Defendant/Third-Party Plaintiff*
*Best Western International, Inc.*

*/s/ Steven A. Keslar*
Steven A. Keslar (00900743)
**GALLAGHER SHARP LLP**

35 North Fourth Street, Suite 200
Columbus, Ohio 4315
Telephone: 614.340.2304
SKeslar@gallaghersharp.com
*Attorneys for Third-Party Defendant*
*Columbus Hotel, Inc. d/b/a Best Western North*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served

upon the following by electronic mail this 29th day of January, 2025

*/s/ Corey Shulman*
Corey Shulman